UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2011 MAR -4  A 11: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:11-MJ-39 (WIG) |
| | : | |
| JUAN CARLOS GUILLEN ZERPA | : | |

### MOTION TO PARTIALLY UNSEAL

The United States of America, by and through its undersigned attorneys, hereby moves this Court for an Order unsealing the arrest warrant, criminal complaint and supporting affidavit in the above-referenced matter for the limited purpose of supplying copies of them to the District Court for the Southern District of Florida and to counsel for the defendant, who has been arrested pursuant to the warrant issued by this Court, at the initial presentment of the defendant and any hearing on bail. The government makes this request for a limited unsealing at this time given that there are ongoing law enforcement activities which could be compromised as a result of the unsealing of this complaint and affidavit for all purposes. The government expects to make the same request to the District Court in Miami. This request is expected to be of limited duration, and the government expects it will request that the court unseal the complaint and affidavit for all purposes within a matter of days.

WHEREFORE, the Government moves this Court for an Order partially unsealing the arrest warrant, criminal complaint and supporting affidavit as set forth above.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct26654
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5550

The Court hereby GRANTS the government's request for partial unsealing of the arrest warrant, criminal complaint and supporting affidavit for the limited purpose of providing a copy to the District Court for the Southern District of Florida and to defense counsel for defendant, Juan Carlos Guillen Zerpa. The Clerk's Office shall retain the arrest warrant, criminal complaint and supporting affidavit under seal for all other purposes pending further order of this Court.

It is SO ORDERED, this ____ day of March 2011

/s/ William I Garfinkel, USMJ
_____
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE