UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2011 MAR -7 P 12:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:11-MJ-39 (WIG) |
| | : | |
| JUAN CARLOS GUILLEN ZERPA | : | |

## MOTION TO UNSEAL

The United States of America, by and through its undersigned attorneys, hereby moves this Court for an Order unsealing the arrest warrant, criminal complaint and supporting affidavit in the above-referenced matter. The defendant has been arrested in Miami.

WHEREFORE, the Government moves this Court for an Order unsealing the arrest warrant, criminal complaint and supporting affidavit as set forth above.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct26654
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5550

The Court hereby GRANTS the government's request to unseal the arrest warrant, criminal complaint and supporting affidavit.

It is SO ORDERED, this __7__ day of March 2011

/s/ William I. Garfinkel, USMJ
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE