CLOSED, INTERPRETER

**FILED**

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:11-mj-02274-BLG All Defendants
### Internal Use Only

2011 MAR 21 P 2: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case title: USA v. Guillen Zerpa

Date Filed: 03/04/2011
Date Terminated: 03/04/2011

Assigned to: Magistrate Judge Barry L. Garber

**Defendant (1)**

**Juan Carlos Guillen Zerpa**
95028-004
*YOB: 1967; SPANISH Interpreter Required*
*TERMINATED: 03/04/2011*

represented by  **Carlos Fernando Gonzalez**
Diaz Reus & Targ LLP
100 SE 2nd Street
Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
Email: cgonzalez@diazreus.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Robert Ira Targ**
Diaz Reus Rolff & Targ LLP
100 SE 2nd Street
Suite 2600
Miami, FL 33131
305-375-9220
Fax: 375-8050
Email: rtarg@diazreus.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date 5-16-11    Deputy Clerk

### Highest Offense Level (Terminated)
None

### Complaints
18:371.F Conspiracy to Obstruct Justice/Defraud the United States ,
18:1512C.F Obstruction of an Official Proceeding - WARR/COMPLAINT FROM DISTRICT OF CONNECTICUT

### Disposition

### Plaintiff
USA                                represented by   **Rosa Rodriguez-Mera**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9277
Fax: 536-5321
Email: rosa.rodriguez-mera@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Roy Altman**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: Roy.altman@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2011 |  | Arrest of Juan Carlos Guillen Zerpa (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 1 | Magistrate Removal of Complaint from District of Connecticut Case number in the other District 3:11mj39 (WIG) as to Juan Carlos Guillen Zerpa (1). (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 2 | Report Commencing Criminal Action as to Juan Carlos Guillen Zerpa - YOB: **/**/1967 Prisoner #: 95028-004 (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 3 | Minute Entry for proceedings held before Magistrate Judge Barry L. Garber: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Juan Carlos Guillen Zerpa held on 3/4/2011. Case to remain sealed. Spanish Interpreter present. (Digital 13:38:21 / 14:19:06.) (Tape #11BLG-7 & 8.) (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 4 | Order on Initial Appearance as to Juan Carlos Guillen Zerpa for proceeding held on 3/4/2011. Attorney Robert Ira Targ and Carlos Fernando Gonzalez |

|  |  |  |
|---|---|---|
|  |  | for Juan Carlos Guillen Zerpa added for the defendant. Bond as to Juan Carlos Guillen Zerpa (1) Stipulated to Pretrial Detention.. Signed by Magistrate Judge Barry L. Garber on 3/4/2011. (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 5 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Robert Ira Targ appearing for Juan Carlos Guillen Zerpa (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 6 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Carlos Fernando Gonzalez appearing for Juan Carlos Guillen Zerpa (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Juan Carlos Guillen Zerpa (gm1) (Entered: 03/07/2011) |
| 03/04/2011 | 8 | WARRANT OF REMOVAL ISSUED to District of Connecticut as to Juan Carlos Guillen Zerpa. Signed by Magistrate Judge Barry L. Garber on 3/4/2011. (gm1) (Entered: 03/07/2011) |
| 03/14/2011 | 9 | MOTION to Unseal Case by USA as to Juan Carlos Guillen Zerpa. (gm1) (Entered: 03/16/2011) |
| 03/14/2011 | 10 | ORDER granting 9 Motion to Unseal Case as to Juan Carlos Guillen Zerpa (1). Signed by Magistrate Judge Barry L. Garber on 3/14/2011. (gm1) (Entered: 03/16/2011) |
| 03/14/2011 | 11 | ORDER OF DETENTION as to Juan Carlos Guillen Zerpa. Signed by Magistrate Judge Barry L. Garber on 3/14/2011. (gm1) (Entered: 03/16/2011) |

FILED
2011 MAR 21 P 2: 36
U.S. DISTRICT COURT
BRIDGEPORT, CONN



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TO:     United States District Court
        Brien McMahon Federal Building
        915 Lafayette Blvd.
        Bridgeport, CT 06604

RE:     USA vs. Juan Carlos GUILLEN ZERPA

        OUR CASE NUMBER 11-2274-GARBER
        YOUR CASE NUMBER 3:11MJ39(wig)

DATE: 03/16/11

================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
                (Rule 40, 18:3653)

Please find enclosed the following documents:

        __x__       Original file

        _____       Certified File (pertinent papers only)

        _____       Magistrate Proceedings

        _____   CASH Bond   Amount   _____
                (Note:  Cash is not included in this transmittal and will
                be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely,

By Tammy Blakely
   Deputy Clerk