AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

UNITED STATES OF AMERICA

V.                                    **APPEARANCE**

JUAN CARLOS GUILLEN ZERPA

DOCKET NUMBER: 3:11-MJ-39(WIG)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| March 25, 2011 | /S/ |
| DATED | SIGNATURE |
| | RICHARD J. SCHECHTER |
| | PRINT NAME |
| | ASSISTANT UNITED STATES ATTORNEY |
| | ct24238 |
| | FEDERAL BAR NUMBER |
| | United States Attorney's Office |
| | 1000 Lafayette Boulevard 10th Floor |
| | ADDRESS |
| | Bridgeport, Connecticut   06604 |
| | CITY        STATE        ZIP CODE |
| | 203-696-3000 |
| | PHONE NUMBER |
| | Richard.Schechter@usdoj.gov |
| | E-MAIL ADDRESS |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the above-referenced filing was mailed, postage prepaid, to the following on March 25, 2011:

ROBERT I. TARG, ESQ.
Diaz, Reus & Targ
100 SE 2nd Street
2600 Bank of America Tower
Miami, Florida 33131


JAMES K. FILAN, ESQ.
315 Post Road West
Westport, CT  06880


/S/_____
RICHARD J. SCHECHTER
Assistant United States Attorney