UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:11MJ39 (WIG) |
| v. | : | |
| JUAN CARLOS GUILLEN ZERPA | : | MARCH 25, 2011 |

### APPEARANCE

Please enter the appearance of James K. Filan on behalf of the defendant, Juan Carlos Guillen Zerpa.

Dated at Westport, Connecticut, this 25th day of March, 2011.

Respectfully submitted,

James K. Filan (ct 15565)
Filan LLC
315 Post Road West
Westport, CT 06880
(203) 557-9159
(203) 341-8560 fax
jfilan@jamesfilan.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was sent via first class mail, postage prepaid, on this 25th day of March, 2011, to counsel of record as listed below:

Paul Murphy
Richard Schechter
Assistant United States Attorneys
U.S. Attorney's Office
100 Lafayette Blvd.
Bridgeport, CT 06604

James K. Filan