UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 APR -7 P 3: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:11MJ39 (WIG) |
| v. | : | |
| JUAN CARLOS GUILLEN ZERPA | : | APRIL 5, 2011 |

## APPEARANCE

Please enter the appearance of Michael Diaz, Jr. on behalf of the defendant, Juan Carlos Guillen Zerpa.

Dated at Miami, Florida, this 5th day of April, 2011.

Respectfully submitted,

By: _____
Michael Diaz, Jr. [phv04607]
Diaz, Reus & Targ, LLP
Miami Tower, Suite 2600
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050
mdiaz@diazreus.com

## CERTIFICATE OF SERVICE

      I hereby certify that on _____,a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Paul Murphy  
Richard Schechter  
Assistant United States Attorneys  
U.S. Attorney's Office  
100 Lafayette Blvd.  
Bridgeport, CT 06604

 

_____  
Michael Diaz, Jr. [phv04607]