

# The Florida Bar

FILED

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

2011 APR -5 A 9: 47

850/561-5600
www.FLORIDABAR.org

U.S. DISTRICT COURT
BRIDGEPORT, CONN

State of Florida            )

County of Leon             )

In Re:      606774
Michael Diaz, Jr.
Diaz Reus & Targ, LLP
100 S.E. 2nd St., Ste. 2600
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 20, 1986.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ___1ST___ day of April, 2011.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ecF:R10