UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 APR -5 A 9:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:11MJ39 (WIG) |
| v. | : | |
| JUAN CARLOS GUILLEN ZERPA | : | APRIL 5, 2011 |

**MOTION BY MEMBER OF THE BAR OF THIS COURT
FOR ADMISSION *PRO HAC VICE* OF VISITING LAWYER
CARLOS F. GONZALEZ TO REPRESENT JUAN CARLOS GUILLEN ZERPA**

Pursuant to Local Civil Rule 83.1 (d) of this Court, the undersigned, James K. Filan, who is a member of the bar of this Court, hereby moves for the admission *pro hac vice* of visiting attorney Carlos F. Gonzalez, on behalf of Juan Carlos Guillen Zerpa, the defendant in this case. In support of this motion, the undersigned states as follows:

(1) The office address and requisite information for Attorney Gonzalez are as follows:

> Carlos F. Gonzalez
> Diaz, Reus, & Targ, LLP
> 2600 Miami Tower
> 100 SE 2nd Street
> Miami, Florida 33131
> 305-375-9220 (Tel)
> 305-375-8050 (Fax)
> cgonzalez@diazreus.com

(2) Attorney Gonzalez is a member of the bar of the States of Florida and Illinois and has been admitted to practice in the United States District Courts for the Northern District of Illinois and Southern and Middle Districts of Florida, U.S. Supreme Court, U.S. Court of International Trade, and U.S. Court of Appeals for the Second and Eleventh Circuits.

(3)     Attorney Gonzalez has never been denied admission or disciplined by this Court or by any other Court and there are no pending disciplinary proceedings against him in any state or federal court.

(4)     A copy of the Declaration of Attorney Gonzalez in support of this Motion is attached hereto.

(5)     Pursuant to Local Civil Rule 83.1 (c)(1), Attorney Gonzalez has designated James K. Filan of the firm Filan LLC, 315 Post Road West, Westport, Connecticut, 06880, telephone number (203) 557-9159, email address jfilan@jamesfilan.com, to act as local counsel upon whom service of all papers shall also be made.

(6)     Attorney Gonzalez is making payment of $25 to the Clerk of the Court pursuant to Local Civil Rule 83.1 (d) (2), and that payment accompanies this Motion.

Accordingly, permission is sought to allow the admission of Carlos F. Gonzalez as a visiting lawyer in this matter.

Respectfully submitted,

James K. Filan (ct 15565)
Filan LLC
315 Post Road West
Westport, CT  06880
(203) 557-9159
(203) 341-8560 fax
jfilan@jamesfilan.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion by Member of the Bar of this Court For Admission *Pro Hac Vice* of Visiting Lawyer Carlos F. Gonzalez to represent Juan Carlos Guillen Zerpa was hand delivered on this 5th day of April, 2011, to counsel of record as listed below:

Paul Murphy
Richard Schechter
Assistant United States Attorneys
U.S. Attorney's Office
1000 Lafayette Blvd.
Bridgeport, CT 06604

_____
James K. Filan