UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 APR -5  A 9: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:11MJ39 (WIG) |
| v. | : | |
| JUAN CARLOS GUILLEN ZERPA | : | MARCH 29, 2011 |

## DECLARATION OF CARLOS F. GONZALEZ

I, Carlos F. Gonzalez, state and declare as follows:

1. I am a partner of the law firm Diaz, Reus, & Targ, LLP, 2600 Miami Tower, 100 SE 2nd Street, Miami, Florida 33131. My office telephone number is 305-375-9220, my facsimile number is 305-375-8050 and my email address is cgonzalez@diazreus.com. I am submitting this Declaration in support of the motion pursuant to District Court Local Rule of Civil Procedure 83.1 (d) for my admission as a visiting attorney in connection with the above-captioned matter.

2. I am a member of the bar of the States of Florida and Illinois and I have been admitted to practice in the United States District Courts for the Northern District of Illinois and Southern and Middle Districts of Florida, U.S. Supreme Court, U.S. Court of International Trade, and the U.S. Court of Appeals for the Second and Eleventh Circuits.

3. I am in good standing with the bars to which I am admitted and have never been denied admission or disciplined by this Court or any other Court.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

5. I will faithfully adhere to all rules applicable to my conduct in connection with any activities relating to this court.

I declare under the penalties of perjury of the laws of the United States that the above is true and correct to the best of my knowledge.

Executed at Miami, Florida, this 29th day of March, 2011.

_____
Carlos F. Gonzalez