

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

FILED
2011 APR -5 A 9:47
850/561-5600
www.FLORIDABAR.org

U.S. DISTRICT COURT
BRIDGEPORT, CONN

State of Florida    )

County of Leon      )

                                        In Re:    494631
                                                       Carlos Fernando Gonzalez
                                                       Diaz Reus & Targ, LLP
                                                       100 S.E. 2nd St.
                                                     Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 13, 2001.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this \_1ST\_ day of April, 2011.

*[signature]*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ecF:R10