AO 455  (Rev. 9/98) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2011 MAY -4  P 4: 25
U.S. DISTRICT COURT

| United States of America | **WAIVER OF INDICTMENT** |
|---|---|
| V. | |
| JUAN CARLOS GUILLEN ZERPA | DOCKET NUMBER: 3:11CR 76 (SRU) |

    I, JUAN CARLOS GUILLEN ZERPA, the above-named defendant, who is accused in Count One of conspiracy to obstruct an official proceeding in violation of 18 U.S.C. § 1512(k), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on May 4, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JUAN CARLOS GUILLEN ZERPA
Defendant

_____
ROBERT I. TARG, ESQ.
Counsel for Defendant

Before   /s/ Stefan R. Underhill, USDJ
_____
Stefan R. Underhill
United States District Court Judge