Criminal Std (4/4/2011)

HONORABLE: **S. R. Underhill**
DEPUTY CLERK **Barrille**   RPTR/ECRO/TAPE **S. Catucci**
USPO **M. Myers**   INTERPRETER **V. Saltzman**

TOTAL TIME: **1** hours **28** minutes

DATE: **5-4-11**   START TIME: **12:20**   END TIME: **1:48**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☒ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE

CRIMINAL NO. **3:11cr76(SRU)**   DEFT # _____

**Paul Murphy**
**R. Schechter**
AUSA **Robert Targ**
**Jim Filan**
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

UNITED STATES OF AMERICA
vs
**Juan Carlos Guillen Zerpa**

- ☐ ......Deft failed to appear. Oral Motion for issuance of Warrant ☐granted ☐denied ☐ Bond FORFEITED
- ☐ ......☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☒ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ......Plea of ☐ not guilty ☒ guilty ☐ nolo contendere to count(s) **1** of the **Information** (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ......Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☒ ...... Sentencing set for **7-22-11** at **3pm**  ☒ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s) _____ . Total $_____  ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Bond ☐ set at $ **1,350,000.00** ☐ reduced to $_____ ☐ Non-surety ☒ Surety ☐ Personal Recognizance    Secured by Bank Checks + 250+300 + Real Estate
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

[x] ..... Travel restricted to Connecticut of extended to _Dade Cty, FL_ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

[ ] ..... Deft must reside at _____

[x] ..... Deft must report to USPO _____ times a [ ] week [ ] month [ ] by telephone [ ] in person [x] at USPO discretion. _in Fla_

[ ] ..... Deft [ ] must surrender passport by 4:00 p.m. on _____ ; [ ] Must not apply for a passport.

[ ] ..... Deft must refrain from the possession of firearms or dangerous weapons.

[ ] ..... Deft must maintain employment or actively seek employment.

[ ] ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

[x] ..... as set forth in the Order Setting Conditions of Release

[x] ..... _$550,000 to be placed in interest bearing account with Clerk of Court per SRU._

## ADDITIONAL PROCEEDINGS

[ ] ..... Deft's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Deft's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Deft's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Deft's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Govt's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Govt's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Govt's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... Govt's oral motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... # _____ Deft _____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... # _____ Deft _____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... # _____ Govt Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... # _____ Govt Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ..... _____  [ ] filed [ ] granted [ ] denied [ ] advisement
[ ] ..... _____  [ ] filed [ ] granted [ ] denied [ ] advisement
[ ] ..... _____  [ ] filed [ ] granted [ ] denied [ ] advisement
[ ] ..... _____  [ ] filed [ ] granted [ ] denied [ ] advisement
[ ] ..... _____  [ ] filed [ ] granted [ ] denied [ ] advisement