**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**<u>NOTICE TO COUNSEL</u>**

  This case is designated as an electronically filed case.  This means that all pleadings except sealed documents will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order.  The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address.  The Manual can be found on the court's website at www.ctd.uscourts.gov.  All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

  If electronic filing would impose an undue burden on counsel or the parties, you may move to vacate the Electronic Filing Order, for good cause shown.  Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

  **SO ORDERED.**

                    /s/ Stefan R. Underhill
                     Stefan R. Underhill
                     United States District Judge

## United States District Court
## District of Connecticut

**Criminal No.** _____ **(SRU)**

## **ELECTRONIC FILING ORDER**

The Court orders that the parties in this case shall file electronically all documents, except sealed documents. Sealed documents shall be submitted on disks. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Criminal Cases</u>: All pleadings (including briefs and exhibits) supporting or opposing the following:

    a. Motions to dismiss the indictment;
    b. Motions to suppress;
    c. Motions to modify presentence reports;
    d. Requested jury instructions;
    e. Trial briefs; and
    f. **Any other filing requested by the court**.

                                                               /s/ Stefan R. Underhill
                                                                 Stefan R. Underhill
                                                            United States District Judge