UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 MAY -4  P 4: 25

DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

V.

JUAN CARLOS GUILLEN ZERPA

Criminal
Case Number: 3:11CR 76 (MRK) SRU

### ORDER OF TRANSFER

The above-entitled action involving the above-referenced defendant is hereby transferred to the docket of the Honorable Judge Stephen R. Underhill in the interest of judicial economy.

Dated at New Haven, Connecticut on April 27, 2011.

IT IS SO ORDERED
/S/
Mark R. Kravitz
United States District Judge