AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

2011 MAY -9  P 3:32

U.S. DISTRICT COURT
BRIDGEPORT, CT

| United States of America | ) |
|---|---|
| v. | ) |
| Juan Carlos Guillen Zerpa | ) Case No. 3:11MJ39 (WIG) |
| | ) 3:11cr76(SRU) |
| _____ | ) |
| Defendant | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Condominium Parcel known as Unit 2915 of ICONBRICKELL CONDOMINIUM NO. ONE, according to the Declaration thereof recorded November 19, 2008 in Official Records Book 26656, Page 4810 of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time, together with an undivided interest in the common elements appurtenant thereto.

Parcel Identification Number: 01-4138-147-6620

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

1. HUD-1 (Closing Statement)
2. Special Warranty Deed
3. HSBC Automatic Draft Account Statement showing mortgage payment for February 1, 2011
4. HSBC Automatic Draft Account Statement showing mortgage payment for April 1, 2011

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 5/4/2011

City and state: Bridgeport C.T.

_____          _____
      Juan Carlos Guillen Zerpa                    Defendant (if a property owner)
       *Property owner's printed name*                    

                                                        *[signature]*
                                              _____
                                                    *Property owner's signature*

_____          _____
      *Property owner's printed name*              *Property owner's signature*

_____          _____
      *Property owner's printed name*              *Property owner's signature*

Sworn and signed before me.

                                              CLERK OF COURT

Date: _____                   _____
                                                *Signature of Clerk or Deputy Clerk*

Agreement accepted.                           UNITED STATES OF AMERICA

Date: _____                   _____
                                                *Assistant United States Attorney's signature*

Agreement approved.

Date: 5/9/11                                  /s/ Stefan R. Underhill USDJ
                                              _____
                                                       *Judge's signature*