AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2011 MAY -9  P 3: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Juan Carlos Guillen Zerpa | ) Case No. 3:11MJ39 (WIG) |
| | ) 3:11cr76 (SRU) |
| Defendant | ) |

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property (other than real property) to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, security interest, or other encumbrance on it):*

$300,00.00 free of any interest. Said amount is being deposited with the Clerk of the Court.

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, security interest, or other encumbrance except as disclosed above. We promise not to sell, pledge, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____          _____
                                              *Defendant's signature*

City and state: _____

Juan Carlos Guillen Zerpa           [signature]
*Property owner's printed name*     *Property owner's signature*

Rosa Angelica Cedeño Aguilera       [signature]
*Property owner's printed name*     *Property owner's signature*


_____         _____
*Property owner's printed name*     *Property owner's signature*

Sworn and signed before me.

                                    CLERK OF COURT

Date: _____           [signature]
                                    *Signature of Clerk or Deputy Clerk*

Approved.
                                    /s/ Stefan R. Underhill, USDJ
Date:  5/9/11                       _____
                                    *Judge's signature*