UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM NO. 3:11CR76(SRU) |
| | : | |
| v. | : | |
| | : | |
| JUAN CARLOS GUILLEN ZERPA | : | June 8, 2011 |

## JOINT MOTION TO ADJUST SENTENCING SCHEDULE

Sentencing in the above captioned matter is currently scheduled for July 22, 2011. To allow the parties additional time to prepare for sentencing, the parties respectfully request that the sentencing date be adjusted to a mutually convenient date for the Court and counsel. Mr. Guillen consents to the adjournment of his sentencing and will execute and file a waiver of his Speedy Trial rights.

The Court's chambers has advised that the morning of October 14, 2011 is an available date for the Court. Government counsel and counsel for Mr. Guillen are all available on October 14, 2011. Thus, it is respectfully requested that the sentencing date be adjusted from July 22, 2011 to October 14, 2011. It is also requested that the Court set an adjusted disclosure schedule for the Pre-sentence Report, the objections to the Pre-sentence Report, and the filing of memoranda in aid of sentencing.

                                Respectfully submitted,

                                DAVID B. FEIN
                                UNITED STATES ATTORNEY

                                /S/
                                RICHARD J. SCHECHTER
                                SENIOR LITIGATION COUNSEL
                                PAUL A. MURPHY
                                ASSISTANT U.S. ATTORNEY
                                United States Attorney's Office
                                1000 Lafayette Boulevard
                                Bridgeport, Connecticut 06604
                                (203) 696-3000

DATED: 6/8/2011

                                /S/
                                ROBERT I. TARG, ESQ.
                                Diaz Reus & Targ, LLP
                                2600 Miami Tower
                                100 SE 2nd Street
                                Miami, Florida 33131

                                /S/
                                JAMES K. FILAN, ESQ.
                                315 Post Road West
                                Westport, CT 06880
                                (203) 557-9159

DATED: 6/8/2011

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2011 a copy of the foregoing Joint Motion to Adjust Sentencing Schedule was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /S/_____
                                            RICHARD J. SCHECHTER
                                            SENIOR LITIGATION COUNSEL