UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :          Crim. No. 3:11CR76 (SRU)

v.                                :

JUAN CARLOS GUILLEN ZERPA         :

WAIVER OF SPEEDY TRIAL

The defendant, JUAN CARLOS GUILLEN ZERPA, hereby waives those rights accorded

him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(8)(A).  In support of this Waiver, the

defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights accorded

him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the

defendant, that it outweighs the public interest in a speedy trial, and that the period of

delay from July 22, 2011 to October 14, 2011 should be excluded.


_____          Date: __6/10/11__
Juan Carlos Guillen Zerpa

_____          Date: __6/10/11__
Robert I. Targ
Diaz, Reus & Targ, LLP
Miami Tower, Suite 2600
100 Southeast Second Street
Miami, Florida 33131


James K. Filan
Filan LLC
315 Post Road West
Westport, CT  06880

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Waiver of Speedy Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

James K. Filan