0018

| CUSTOMER'S ORDER NO. | DEPT. | DATE 6-16-11 |
|---|---|---|
| NAME Paul Murphy | | |
| ADDRESS AUSA | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | | | | |
| | 3 | 3:11 cr 76 (SRU) | | | |
| | 4 | | | | |
| | 5 | USA v Zerpa | | | |
| | 6 | | | | |
| | 7 | Bond Package | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | Jerry Bonville | | | |
| | 12 | USDC | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |
| REC'D BY | | | | | |

KEEP THIS SLIP FOR REFERENCE

TOPS FORM 46350®