# UNITED STATES DISTRICT COURT

District of _____ Connecticut _____

UNITED STATES OF AMERICA

V.

2011 JUN 14  P 4 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## APPEARANCE BOND

_Juan Carlos Guillen Zerpa_
Defendant

Case Number:    3:11cr76(SRU)

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .

— Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____ 1,350,000.⁰⁰ _____ , and there has been deposited in the Registry of the Court the sum of
$ _____ 550,000.⁰⁰/₁₀₀ _____ in cash or _Bank checks_ _____ (describe other security).
_Secured by Real estate in Miami + 2 checks for $550,000_
The conditions of this bond are that the defendant _Juan Carlos Guillen Zerpa_

                                                                                    Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with
any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation
of a condition of defendant's release as may be ordered or notified by this court or any other United States District
Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any
judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in
connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which
shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of
this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of
the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared
by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the
bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United
States District Court against each debtor jointly and severally for the amount above stated, together with interest and
costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and
any other laws of the United States.

This bond is signed on ___ May 4, 2011 ___ at _____ Bridgeport, CT 06604 _____

                         Date                                                        Place

Defendant  _X_____  Juan Carlos Guillen Zerpa.

Surety RS  _X Cesero_  Rosa A. Cesero A.

Surety ML  _X_____  MARIA AVRORA LOPEZ LOPEZ
   RR                  ROBOLFO JOSE REYES ROJAS

Signed and acknowledged before me on ___ May 4, 2011 ___

                                                           Date

C. Farrington  6/6/11
Deputy Clerk

_James Bonville_
Signature of Judge/Clerk

Bond Approved:  /s/ Stefan R. Underhill, USDJ
                         Signature of Judge  USDJ    4/14/11

_(left margin, vertical text)_ See order setting conditions of release

AO 98   (Rev. 11/07)  Appearance Bond

# UNITED STATES DISTRICT COURT

District of _____ Connecticut _____

UNITED STATES OF AMERICA

V.

*Juan Carlos Guillen Zerpa*
Defendant

**APPEARANCE BOND**

2011 JUN 14  P 4:04

Case Number:    3:11cr76(SRU)

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .

— Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____1,350,000.⁰⁰_____ , and there has been deposited in the Registry of the Court the sum of
$ ___550,000.⁰⁰/₁₀₀___ in cash or *Bank checks* _____ (describe other security).
*Secured by Real estate in Miami + 2 checks for $550,000*
The conditions of this bond are that the defendant *Juan Carlos Guillen Zerpa* _____
                                                     Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with
any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation
of a condition of defendant's release as may be ordered or notified by this court or any other United States District
Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any
judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in
connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which
shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of
this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of
the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared
by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the
bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United
States District Court against each debtor jointly and severally for the amount above stated, together with interest and
costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and
any other laws of the United States.

This bond is signed on ___May 4, 2011___ at ___Bridgeport, CT 06604___
                           Date                           Place

Defendant  _____  JUAN CARLOS GUILLEN ZERPA.

Surety RS  _____  ROSA A. CESENO A.

Surety ML  _____  MARIA AURORA LOPEZ LOPEZ
      RR

Signed and acknowledged before me on ___May 4, 2011___
                                          Date

_____
Signature of Judge/Clerk

Bond Approved:  _____  /s/ Stefan R. Underhill, USDJ   _____
                                   Signature of Judge   USDJ

*See order setting conditions of release*