UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:11CR76 (SRU) |
| v. | : | |
| JUAN CARLOS GUILLEN ZERPA | : | AUGUST 8, 2011 |

**MOTION ON CONSENT TO TRAVEL**

The defendant, Juan Carlos Guillen Zerpa, through the undersigned counsel, and with the consent of the United States Attorney's Office for the District of Connecticut, the United States Probation Office for the District of Connecticut and the United States Pretrial Services Office for the Southern District of Florida, respectfully requests that he be allowed to travel to Disney World with his wife and two daughters. In support of this motion, Mr. Guillen Zerpa states as follows:

1. On May 4, 2011, Mr. Guillen Zerpa waived Indictment and entered a guilty plea to a one count Information charging him with conspiracy to obstruct an official proceeding, in violation of 18 U.S.C. § 1512(k).

2. Mr. Guillen Zerpa was released on bond with a number of conditions. Mr. Guillen Zerpa fulfilled all of the conditions of his release and has subsequently been wholly compliant with all the terms of his release.

3. In June 2011, the Court modified Mr. Guillen Zerpa's conditions of release to remove the requirement that he be subject to house arrest and allowed him to be subject to a curfew from 8:00 p.m. to 8:00 a.m. Eastern Standard Time, enforced by electronic monitoring administered by the Pretrial Services Office in Miami.

4. As the undersigned explained in the June 9, 2011 motion, Mr. Guillen Zerpa's two daughters, ages 12 and 9, who reside with his ex-wife in Venezuela, were planning to visit

and stay with their father in Miami for approximately one month beginning in July, 2011. Mr. Guillen Zerpa's daughters are now here with him in Miami, and the purpose of this motion is to allow Mr. Guillen Zerpa to travel by automobile to Orlando, Florida, to take his wife and daughters to Disney World.

5. Mr. Guillen Zerpa would respectfully propose that he be allowed to travel to Disney World beginning on August 16, 2011 and returning to Miami on August 22, 2011. During this time, Mr. Guillen Zerpa would be traveling with his wife, who co-signed his bond as a financially responsible person and who serves as a third-party custodian, and he would staying at the Hotel Embassy Suites Orlando Buena Vista, 8100 Lake Avenue, Orlando, FL 32836.

WHEREFORE, for all of the above reasons, Mr. Guillen Zerpa respectfully requests, with the consent of the Government, the District of Connecticut Probation Office and the Southern District of Florida Pretrial Services Office, that he be allowed to travel as set forth above.

Respectfully submitted,

By: ____/s/_____
Robert I. Targ
Diaz, Reus & Targ, LLP
Miami Tower, Suite 2600
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050
rtarg@diazreus.com

By: _____/s/_____
James K. Filan (ct 15565)
Filan LLC
315 Post Road West
Westport, CT  06880
(203) 557-9159
(203) 341-8560 fax
jfilan@jamesfilan.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion on Consent to Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                              ____/s/_____
                                                               James K. Filan