UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:11CR76 (SRU) |
| v. | : | |
| JUAN CARLOS GUILLEN ZERPA | : | AUGUST 23, 2011 |

**MOTION ON CONSENT TO TRAVEL**

The defendant, Juan Carlos Guillen Zerpa, through the undersigned counsel, and with the consent of the United States Attorney's Office for the District of Connecticut, the United States Probation Office for the District of Connecticut and the United States Pretrial Services Office for the Southern District of Florida, respectfully requests that he be allowed to travel to Washington, D.C. with his attorney, Robert I. Targ.  In support of this motion, Mr. Guillen Zerpa states as follows:

1. On May 4, 2011, Mr. Guillen Zerpa waived Indictment and entered a guilty plea to a one count Information charging him with conspiracy to obstruct an official proceeding, in violation of 18 U.S.C. § 1512(k).

2. Mr. Guillen Zerpa was released on bond with a number of conditions.  Mr. Guillen Zerpa fulfilled all of the conditions of his release and has subsequently been wholly compliant with all the terms of his release.

3. In June 2011, the Court modified Mr. Guillen Zerpa's conditions of release to remove the requirement that he be subject to house arrest and allowed him to be subject to a curfew from 8:00 p.m. to 8:00 a.m. Eastern Standard Time, enforced by electronic monitoring administered by the Pretrial Services Office in Miami.

4. There currently is a civil case, <u>Securities and Exchange Commission v. Francisco Illarramendi et al.</u>, 3:11CV00078 (JBA), pending before Judge Arterton in which a receiver was

appointed to oversee the return of assets of various entities. As part of that process, and as part of Mr. Guillen Zerpa's efforts to cooperate in these matters, Mr. Guillen Zerpa has consented to an interview with the receiver, Jonathan R. Barr, Esq., of Baker & Hostetler, LLP, in Washington, D.C. That interview is presently scheduled for Thursday, September 22, 2011 at 9:00 a.m.

5. In order for Mr. Guillen Zerpa to submit to that interview, he must leave the Southern District of Florida and travel to Washington, D.C. Therefore, he requests permission to travel from Miami, Florida to Washington, D.C. on Wednesday afternoon, September 21, 2011, via American Airlines, returning to Miami on Thursday afternoon, September 22, 2011. Mr. Guillen Zerpa and his counsel will be staying at the JW Marriott Hotel, 1331 Pennsylvania Avenue, Washington, D.C., on the night of September 21, 2011. The interview with the receiver on September 22, 2011 will take place at the offices of Baker & Hostetler, LLP, 1050 Connecticut Ave., NW, Suite 1100, Washington, DC 20036.

6. Counsel for Mr. Guillen Zerpa has conferred with representatives of the United States Attorney's Office for the District of Connecticut, the United States Probation Office for the District of Connecticut and the United States Pretrial Services Office for the Southern District of Florida, all of whom consent to the granting of this motion. Accordingly, Mr. Guillen Zerpa would respectfully propose that he be allowed to travel to Washington, D.C. to provide assistance to the receiver as set forth above.

WHEREFORE, for all of the above reasons, Mr. Guillen Zerpa respectfully requests, with the consent of the Government, the District of Connecticut Probation Office and the Southern District of Florida Pretrial Services Office, that he be allowed to travel as set forth above.

Respectfully submitted,

By: ____/s/_____
Robert I. Targ
Diaz, Reus & Targ, LLP
Miami Tower, Suite 2600
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050
rtarg@diazreus.com

By: _____/s/_____
James K. Filan (ct 15565)
Filan LLC
315 Post Road West
Westport, CT  06880
(203) 557-9159
(203) 341-8560 fax
jfilan@jamesfilan.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion on Consent to Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                ____/s/_____
                                                James K. Filan